```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EUGENE DUNCAN and on behalf of all
other persons similarly situated,

                          Plaintiffs,

       -against-

KSE RETAIL SALES LLC,

                          Defendant.
------------------------------------------------------------x

SO ORDERED

Dated: December 16, 2019
New York, New York

No. 1:19-cv-8129

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its or their own legal fees and costs.

Dated:

THE MARKS LAW FIRM, P.C.

By: _____
Bradly G. Marks
175 Varick Street, 3rd Floor
New York, New York 10014
*Attorneys for Plaintiffs*

ANGULNICK & GOGEL, LLC

By: _____
William A. Gogel
1129 Northern Boulevard – suite 404
Manhasset, New York 11030
*Attorneys for Defendant*